

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | **CASE NO. 19-60551-BP-7** |
| **MARGARET JAN HUDSON,** | § | |
| *fka Margaret Jan Swanson,* | § | |
| | § | **CHAPTER 7** |
| **DEBTORS** | § | |

**ORDER GRANTING MOTION FOR RELIEF
FROM THE AUTOMATIC STAY FILED BY BANK OF AMERICA, N.A
(2014 TOYOTA RAV4 VIN #2T3DFREV7EW142390)**

On November 7, 2019, a *Motion for Relief from the Automatic Stay (*2014 TOYOTA RAV4 VIN #2T3DFREV7EW142390*)* ("Motion") was filed by Bank of America, N.A. ("Movant") in the above-referenced case. The Court finds that the Motion was properly served pursuant to the Federal and Local Rules of Bankruptcy Procedure and that it contained the appropriate fourteen (14)-day negative notice language pursuant to LBR 4001, which directed any party opposed to the granting of the relief sought by the Motion to file a written response within fourteen days or the Motion would be deemed by the Court to be unopposed. The Court finds that no objection or other written response to the Motion has been timely filed by any party. Due to the failure of any party to file a timely written response, the allegations contained in the Motion stand unopposed and, therefore, the Court finds that good cause exists for the entry of the following order.

IT IS THEREFORE ORDERED that the *Motion for Relief from the Automatic Stay (*2014 TOYOTA RAV4 VIN #2T3DFREV7EW142390*)* filed by Bank of America, N.A., is hereby GRANTED so as to authorize Movant to exercise all of its contractual and state law remedies pertaining to its interest in the Vehicle referenced in the Motion, such being a certain 2014 TOYOTA RAV4 VIN #2T3DFREV7EW142390 (the "Vehicle").

IT IS FURTHER ORDERED that, since the Motion was unopposed by any party, the fourteen

(14)-day stay period otherwise imposed by Fed. R. Bankr. P. 4001(a)(3) shall not be applicable to this

Order.


APPROVED AS TO FORM AND SUBSTANCE:

BARRETT DAFFIN FRAPPIER
TURNER & ENGEL, LLP

By: _/s/ Abbey Dreher_____
Abbey Dreher
Texas Bar No. 24051459
4004 Belt Line Road, Suite 100
Addison, Texas 75001
Phone:  (941) 341-0560
Fax:  (512) 477-1112
edecf@bdfgroup.com

Signed on 11/26/2019

                                                    PW

THE HONORABLE BILL PARKER
UNITED STATES BANKRUPTCY JUDGE